UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>YUE PAN, )<br>)<br>    Defendant. )<br>_____) | Civil Case No. 1:18-cv-00072-APM |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [CM/ECF 11]

Plaintiff, Malibu Media, LLC, by and through counsel, responds to this Court's Order directing Plaintiff to show cause why this case should not be dismissed for failure to prosecute [CM/ECF 11]. In support hereof, Plaintiff states:

1. This is a copyright infringement case initially filed against a John Doe Defendant known to Plaintiff only by an IP address.

2. On January 11, 2018, Plaintiff filed its Complaint against John Doe [CM/ECF 1].

3. Pursuant to a third party subpoena, Defendant's Internet Service Provider gave Plaintiff Defendant's identifying information.

4. Plaintiff filed an amended complaint naming the defendant on April 19, 2018 [CM/ECF 8].

5. Plaintiff made numerous attempts to serve the defendant with a summons and the amended complaint, but was ultimately unsuccessful.

6. Plaintiff has decided to dismiss the case without prejudice.

7. Plaintiff is, contemporaneously to this response, filing a Notice of Dismissal Without Prejudice.

Dated: July 18, 2018                    Respectfully submitted,

                                                              MALIBU MEDIA, LLC.
PLAINTIFF
By:   /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
*Counsel*
Law Offices of Jon A. Hoppe, Esquire, LLC
1025 Connecticut Avenue, NW
Ste. 1000
Washington, DC. 20036
Tel: (202) 587-2994
E-mail: jhoppe@mhhhlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jon A. Hoppe*